**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerome Anthony Thomas III,                        No. 26-cv-1867 (KMM/DTS)

      Petitioner,

v.                                                                    **ORDER**


Clay County Correctional Facility,

      Respondent.

---

In a Report and Recommendation ("R&R") dated March 17, 2026, United States Magistrate Judge David T. Schultz recommended that Petitioner Jerome Anthony Thomas III's Petition for a Writ of Habeas Corpus be denied. (Dkt. 3.) Judge Schultz concluded that the Petition should be denied because Mr. Thomas had not exhausted his claims in state court, and because Mr. Thomas's speedy trial rights had not been violated. (*Id.* at 2–4.) Judge Schultz also recommended that Mr. Thomas's Application to Proceed *In Forma Pauperis* (Dkt. 2) be denied and that no certificate of appealability be issued. (Dkt. 3 at 4–5.)

Mr. Thomas did object to the R&R within the 14-day objections period, *see* D. Minn. LR 72.2(b)(1), nor in the additional two weeks since the period expired. Therefore, the Court reviews the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795

(8th Cir. 1996) (per curiam)). Finding none, the Court adopts the R&R and denies the

Petition.

Based on the above, and on the full record before the Court, **IT IS HEREBY**

**ORDERED THAT**:

1. The R&R (Dkt. 3) is **ACCEPTED**;

2. Petitioner Jerome Anthony Thomas III's Petition for a Writ of Habeas Corpus (Dkt. 1) is **DENIED without prejudice**;

3. No certificate of appealability is issued; and

4. Petitioner's Application to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED as moot**.


Date: April 16, 2026                                  s/*Katherine M. Menendez*
                                                                                Katherine M. Menendez
                                                                                United States District Judge